```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA,       :
                                :
        PLAINTIFF,               :
                                :
    v.                           :   CIVIL ACTION NO. 2:06CV997-MEF
                                :
FIFTY FIVE THOUSAND FIVE         :
HUNDRED TWENTY SIX ($55,526)     :
DOLLARS IN UNITED STATES         :
CURRENCY,                        :
                                :
        DEFENDANT.               :

## WARRANT AND SUMMONS FOR ARREST IN REM

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture has been filed on Fifty Five Thousand Five Hundred Twenty Six ($55,526) Dollars in United States currency in the United States District Court for the Middle District of Alabama, alleging that the Defendant currency is subject to seizure and forfeiture to the United States pursuant to Title 21, *United States Code*, Section 881(a)(6), for violation of Title 21, *United States Code*, Section 801 et seq.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture, there is probable cause to believe that the Defendant currency so described constitutes currency involved in or traceable to such violation(s) of Title 21, *United States Code*, Section 801 et seq., and that grounds for application for issuance of a warrant of arrest for articles *in rem* exist, pursuant

to Supplemental Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize Defendant currency, and use discretion and whatever means appropriate to protect and maintain said defendant currency; and,

IT IS FURTHER ORDERED that you shall serve upon all persons known or thought to have an interest in or right against the currency a copy of this warrant and summons and the verified complaint *in rem* in a manner consistent with the principles of service of process of an action *in rem* under the Supplemental Rules For Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish in the *Montgomery Advertiser* (a newspaper of general circulation in this District), notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant.  You are further authorized in the exercise of your discretion to publish such notice in additional newspapers as you deem necessary; and,

IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant currency shall file a claim

asserting that interest, in the manner set forth in Title 18, *United States Code*, Section 983(a)(4)(A), and such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint, and shall serve and file their answers to the verified complaint within twenty (20) days after the filing of the claim/statement of interest with the Office of the Clerk, United States District Court for the Middle District of Alabama, with a copy thereof sent to Assistant United States Attorney:

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> (334) 223-7280.

Done this the 27th day of January, 2007.

UNITED STATES DISTRICT JUDGE