| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> *See Instructions for "Service of Process by the U.S. Marshal"* <br> *on the reverse of this form* |
|---|---|

| PLAINTIFF <br> UNITED STATES OF AMERICA | COURT CASE NUMBER <br> 2:06cv997-MEF |
|---|---|
| DEFENDANT  FIFTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX ($55,526) DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS  COMPLAINT <br> WARRANT OF ARREST |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DEFENDANT CURRENCY

ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*

c/o United States Marshal's Service

RECEIVED 2006 NOV 2 A 11:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS # 06-DEA-469275

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER (334) 223-7280    DATE 10/31/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

Name and title of individual served *(If not shown above)*.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service 2/1/07   Time 2:45 pm

Signature of U.S. Marshal or Deputy  K. Chavers

| Service Fee  45.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges  45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

RETURNED AND FILED
FEB - 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)