| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06 CV 997-MEF |
|---|---|
| DEFENDANT FIFTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX ($55,526) DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS COMPLAINT<br>WARRANT OF ARREST |

RECEIVED 2006 NOV -2 A 11:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HAROLD BEACHEM — Cell Phone (205)-566-0902

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
2194 COUNTY ROAD 153 - JEMISON, ALABAMA 35205

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-469275

RECEIVED 2007 JAN 30

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (334) 223-7280
DATE 10/31/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Diana Martin

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 2/6/07 | Time 10:30 ☒ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy
Michael H. Bates

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $52.50 | Forwarding Fee | Total Charges $97.50 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: Cell 205-566-0902 - Accepted @ Residence by Diana Martin - "Girl Friend" per agreement with Harold Beachem. M. Bates

RETURNED AND FILED
FEB - 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

PRIOR EDITIONS MAY BE USED

SCANNED

FORM USM 285 (Rev. 12/15/80)