IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action Number: 2:06 CV 997-MEF |
| | ) |
| FIFTY FIVE THOUSAND FIVE | ) |
| HUNDRED TWENTY SIX ($55,526.00) | ) |
| DOLLARS IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| Defendant. | ) |

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**

**COMES NOW** Harold Beachem, (Beachem), by and through his attorney, Thomas B. Hanes, and answers the Verified Complaint for Forfeiture in Rem, as follows:

1.  Beachem admits that this is an action to forfeit and condemn cash money seized from his residence, but denies that it was seized for violations of any statute.

2.  The Defendant admits jurisdiction and venue of the United States District Court, Middle District of Alabama.

3.  It is uncontested that the Defendant In Rem consists of Fifty Five Thousand Five Hundred Twenty Six Dollars in United States Currency, which was seized on June 7, 2006.

4.  Beachem denies, or is without sufficient knowledge or information, to either admit or deny the factual averments set forth in Paragraph Five of the Complaint for Forfeiture

5.  Beachem denies the averments set forth in the Claim for Relief as set forth in Paragraphs Six, Seven and Eight of the Complaint, and specifically denies that this currency was intended to be furnished in exchange for controlled substances or represents proceeds of trafficking as prohibited by statute, and specifically denies that this currency is subject to condemnation and forfeiture to the United States of America in accordance with statute.

W0211929.1 \ 11427-00001

*[signature: Thomas B Hanes]*
Thomas B. Hanes (HAN005)
Attorney for Petitioner

**OF COUNSEL:**

DOMINICK, FLETCHER, YEILDING,
    WOOD & LLOYD, P.A.
2121 Highland Avenue South
Birmingham, Alabama 35205
(205) 939-0033
Fax: (205) 271-9697

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on counsel for all parties to the proceedings by:

- ☐ hand-delivery;
- ☐ facsimile transmission;
- ☒ United States mail, properly addressed and postage prepaid;
- ☐ other method **(CERTIFIED MAIL)**

this the 21 day of February, 2007, to:

John T. Harmon, Esq.
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
P.O. Box 197
Montgomery, Alabama 36101-0197

*[signature: Thomas B Hanes]*
Of Counsel

W0211929.1 \ 11427-00001