# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       Plaintiff )<br>)<br>vs. )<br>)<br>FIFTY FIVE THOUSAND FIVE )<br>HUNDRED TWENTY SIC ($55,526.00))<br>DOLLARS IN UNITED STATES )<br>CURRENCY )<br>)<br>      Defendant ) | Civil Action Number: 2:06 CV 997-MEF |

## CLAIM OF INTEREST OF HAROLD BEACHEM

**COMES NOW** Harold Beachem, (Beachem), and claims that he is the rightful owner of the money made the subject of this action. The dollars in United States Currency in the amount of $55,526.00 was owned by the claimant and was in his possession, in his house, and claimant denies that it is subject to forfeiture.

_____
Harold Beachem, Claimant

**SWORN TO** and subscribed before me this the 23rd day of February, 2007.

_____
Notary Public
Commission Expires: 1-15-11

Thomas B. Hanes (HAN005)
Attorney for Petitioner

**OF COUNSEL:**

DOMINICK, FLETCHER, YEILDING,
    WOOD & LLOYD, P.A.
2121 Highland Avenue South
Birmingham, Alabama 35205
(205) 939-0033
Fax: (205) 271-9697

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served on counsel for all parties to the proceedings by:

    ☐    hand-delivery;
    ☒    facsimile transmission;
    ☐    United States mail, properly addressed and postage prepaid;
    ☐    other method **(CERTIFIED MAIL)**

this the _23_ day of February, 2007, to:

John T. Harmon, Esq.
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
P.O. Box 197
Montgomery, Alabama 36101-0197

Of Counsel

W0211929.1 \ 11427-00001

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action Number: 2:06 CV 997-MEF |
| | ) | |
| FIFTY FIVE THOUSAND FIVE | ) | |
| HUNDRED TWENTY SIC ($55,526.00) | ) | |
| DOLLARS IN UNITED STATES | ) | |
| CURRENCY | ) | |
| | ) | |
| Defendant | ) | |

**CLAIM OF INTEREST OF HAROLD BEACHEM**

**COMES NOW** Harold Beachem, (Beachem), and claims that he is the rightful

owner of the money made the subject of this action. The dollars in United States Currency

in the amount of $55,526.00 was owned by the claimant and was in his possession, in his

house, and claimant denies that it is subject to forfeiture.

_____
Harold Beachem, Claimant

**SWORN TO** and subscribed before me this the 23rd day of February, 2007.

_____
Notary Public
Commission Expires: 1-15-11

Thomas B. Hanes (HAN005)
Attorney for Petitioner

**OF COUNSEL:**

DOMINICK, FLETCHER, YEILDING,
    WOOD & LLOYD, P.A.
2121 Highland Avenue South
Birmingham, Alabama 35205
(205) 939-0033
Fax: (205) 271-9697

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on counsel for all parties to the proceedings by:

    ☐    hand-delivery;
    ☒    facsimile transmission;
    ☐    United States mail, properly addressed and postage prepaid;
    ☐    other method **(CERTIFIED MAIL)**

this the _23_ day of February, 2007, to:

John T. Harmon, Esq.
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
P.O. Box 197
Montgomery, Alabama 36101-0197

Of Counsel

W0211929.1 \ 11427-00001