| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06cv997-mef |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FIFTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX ($55,526) DOLLARS IN UNITED STATES CURRENCY | COMPLAINT WARRANT OF ARREST |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS B. HANES, ATTORNEY AT LAW - DOMINICK, FLETCHER, YEILDING, WOOD & LLOYD, P.A.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
2121 HIGHLAND AVENUE SOUTH - BIRMINGHAM, ALABAMA 35205

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-469275

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 10/31/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 2-6-07 / 1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Attorney at Law - Arthur J. Hanes Jr. / Law Partner

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Same address

| Date of Service | Time | am/pm |
|---|---|---|
| 2-13-07 | 09:15 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | **RETURNED AND FILED** |

REMARKS: 2/1/07 fwd to N/AL for service.
1- DUSM / 1- Endeavor / 1-Hour / 5 miles R.T.
Process Served on Arthur J. Hanes Jr. / Partner of Thomas B. Hanes, at the same office.

FEB 28 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|