**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery Advertiser
   P.O. Box 1000
   Montgomery, AL 36101-1000
   Attn: Legal Ads

2. Article Number (Copy from service label)

   7006 0100 0003 2055 4810

PS Form 3811, July 1999    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   Gary Edwards

C. Signature
   X  Gary E[...]
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 0 8 2007

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

55,526.00

102595-00-M-0952

2007 FEB -9 A 10: 21
RECEIVED
UNITED STATES
MARSHAL
MIDDLE ALABAMA

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06 cv 997-MEF |
|---|---|
| DEFENDANT  FIFTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX ($55,526)<br>DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>NOTICE |

| **SERVE**<br>**▶**<br>**AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>MONTGOMERY ADVERTISER |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*<br>POST OFFICE BOX 1000, MONTGOMERY, ALABAMA 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of process to be served<br>with this Form - 285 | 1 |
| | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

CATS # 06-DEA-469275    PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

| Signature of Attorney or other Originator requesting service on behalf of:<br>*[signed] John T. H.*   ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>10/31/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>*K. Chavers* | Date<br>1/30/07 |
|---|---|---|---|---|---|

I hereby certify and return that I  ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>2/27/07 | Time<br>3:30 pm |
| | Signature of U.S. Marshal or Deputy<br>*K. Chavers* | |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS:  2/6/07 C.M. # 7006 0100 0003 2055 4810
To be published 2/8, 2/15, + 2/22/07
2/9/07 Received green card signed "Gary Edwards"
2/27/07 Paid invoice

**RETURNED AND FILED**

**FEB 28 2007**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED                                                                                 FORM USM-285 (Rev. 12/15/80)

**NOTICE OF ARREST AND SEIZURE** Notice is hereby given that the United States of America has filed a Complaint for Forfeiture in Rem and the Court has issued Warrant of Arrest in Rem for the forfeiture of the Defendant Fifty Five Thousand Five Hundred Twenty Six ($55,526) Dollars in United States currency, which was seized from Harold Beachem on June 7, 2006 in Jemison, Alabama.

Any person claiming an interest in the Defendant currency must file a claim asserting that interest, in the manner set forth in Title 18, United States Code, Section 983(a)(4)(A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to: John T. Harmon, Assistant United States Attorney, Office of the United States Attorney, Middle District of Alabama, One Court Square, Suite 201 (36104) Post Office Box 197 Montgomery, Alabama 36101-0197 (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81. All persons and entities who have an interest in the Defendant Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF
ALABAMA

Mont. Adv. 2/8, 2/15, 2/22

717676