IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : CIVIL ACTION NO. 2:06cv997-MEF |
| | : |
| FIFTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX ($55,526) DOLLARS IN UNITED STATES CURRENCY, | : |
| | : |
| DEFENDANT. | : |

## MOTION TO EXEMPT PROCEEDING FROM RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE (FRCP)

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1. This Honorable Court entered a Rule 26(f) Order on February 26, 2007.

2. FRCP 26(a)(1)(E) was amended, effective December 1, 2006, so as to exempt forfeiture actions "*in rem* arising from a federal statute;" from certain portions of said Rule. See FRCP 26(a)(1)(E)(ii). This exemption applies to initial disclosures under FRCP 26(a)(1) and to the conference of parties pursuant to FRCP 26(f). The instant proceeding is a forfeiture action *in rem* arising from a federal statute.

3. Accordingly, the United States moves the Court to exempt this proceeding from those portions of FRCP 26 as specified above.

Respectfully submitted this 23rd day of March, 2007.

                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Thomas Hanes.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney