IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-997-MEF |
| | ) | |
| FIFTY FIVE THOUSAND FIVE | ) | |
| HUNDRED TWENTY SIX ($55,526) | ) | |
| DOLLARS IN UNITED STATES | ) | |
| CURRENCY, | ) | |

## **ORDER**

Upon consideration of the government's Motion to Exempt Proceeding From Rule 26(f) of the Federal Rules of Civil Procedure (Doc. #10) filed on March 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that a scheduling conference is set in this case for May 31, 2007 at 3:00 P.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 17th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE