```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,      :
                               :
          PLAINTIFF,           :
                               :
     v.                        :    CIVIL ACTION NO. 2:06cv997-MEF
                               :
FIFTY FIVE THOUSAND FIVE       :
HUNDRED TWENTY SIX ($55,526)   :
DOLLARS IN UNITED STATES       :
CURRENCY,                      :
                               :
          DEFENDANT.           :
```

## THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

The United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submits the United States of America's Motion for Summary Judgment on the following grounds:

1. The Defendant property constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of Title 21, United States Code, Sections 801 et seq.

2. There is no genuine issue of material fact, and the United States is entitled to summary judgment as a matter of law on the claim of Harold Beachem. Accordingly, his interest in the Defendant property is forfeited to the United States.

3. This Motion for Summary Judgment of the United States of America is based upon the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, the pleadings, the attached Brief and Memorandum of Law, and the attached deposition citations.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves that summary judgment be granted in its favor against the Claimant, and that the relief requested in the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> be awarded to the United States of America.

Respectfully submitted this 4th day of October, 2007.

                        FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Bar Number: 7068-II58J
                        Office of the United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Thomas B. Hanes.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE MIDDLE DISTRICT OF ALABAMA
 3                       NORTHERN DIVISION
 4
 5   CIVIL ACTION NUMBER
 6   2:06CV997-MEF
 7
 8   UNITED STATES OF AMERICA,
 9           Plaintiff(s),
10   vs.
11   FIFTY FIVE THOUSAND FIVE
     HUNDRED TWENTY SIX ($55,526)
12   DOLLARS IN UNITED STATES CURRENCY,
13        Defendant(s).
14
15
16
17              DEPOSITION TESTIMONY OF:
18                  HAROLD LEE BEACHEM
19
20
21   August 21, 2007
22   9:58 AM
23   SELAH M. DRYER, CSR
```



ORIGINAL

```
 1   your rights against self-incrimination under the
 2   5th Amendment to the United States Constitution.
 3                    MR. HANES:  That's okay.  And
 4   if that's your desire, you will have to say
 5   that, I take the 5th, when questions are asked
 6   of you.
 7                    THE DEPONENT:  Okay.
 8                    MR. HARMON:  And if I ask a
 9   question, Tom, if you need to consult a second I
10   understand.
11                    MR. HANES:  Sure.
12                    MR. HARMON:  But I think I'm
13   going to be straightforward with him.
14                    MR. HANES:  Sure.
15        Q.     (Mr. Harmon)  Mr. Beachem, I do
16   want to ask you specifically about some
17   occurrences that happened on June 7th of 2006 at
18   I believe the residence you just stated as your
19   current residence?
20        A.     I take the 5th.
21        Q.     And specifically on that date, I
22   wanted to ask you if you were present in your
23   residence at 2194 County Road 153, Jemison,
```

```
 1  Alabama 35085 on that date?
 2       A.    Take the 5th.
 3       Q.    Was there marijuana present in
 4  that residence on that date?
 5       A.    Take the 5th.
 6       Q.    Did you distribute marijuana to
 7  individuals within that residence on that date?
 8       A.    Take the 5th.
 9       Q.    Was there drug paraphernalia of a
10  type used to smoke marijuana in that residence
11  on that date?
12       A.    Take the 5th.
13       Q.    Were there children present in
14  that residence on that date?
15       A.    I take the 5th.
16       Q.    Was the defendant currency fifty
17  five thousand five hundred and twenty-six
18  dollars present in the residence on that date?
19       A.    I take the 5th.
20       Q.    Was the defendant currency fifty
21  five thousand five hundred and twenty six
22  dollars earned through the sale, distribution or
23  transfer of marijuana?
```

```
 1        A.    Take the 5th.
 2        Q.    Is there any legitimate source for
 3   this defendant fifty five thousand five hundred
 4   and twenty-six dollars?
 5        A.    I take the 5th.
 6        Q.    Before the date in question, June
 7   the 7th, 2006, did you possess marijuana at the
 8   residence?
 9        A.    Take the 5th.
10        Q.    Before this date, June the 7th,
11   2006, did you distribute marijuana there at the
12   residence?
13        A.    I take the 5th.
14        Q.    Before this date, June 7th, 2006,
15   did you obtain money through the distribution of
16   marijuana?
17        A.    Take the 5th.
18        Q.    Okay.
19              MR. HARMON:  That's all the
20   questions I have.
21                 ****************
22                    10:02 AM
23              FURTHER DEPONENT SAITH NOT
```