IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |

# **O R D E R**

Upon consideration of the government's Motion for Summary Judgment (Doc. #14) filed on October 4, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on November 6, 2007.

It is further ORDERED that the claimant file a response which shall include a brief and any evidentiary materials on or before October 30, 2007. The government may file a reply brief on or before November 6, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE