```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
          PLAINTIFF,           )
                              )
     v.                       )   CIVIL ACTION NO. 2:06cv997-MEF
                              )
FIFTY FIVE THOUSAND FIVE      )
HUNDRED TWENTY SIX ($55,526)  )
DOLLARS IN UNITED STATES      )
CURRENCY,                     )
                              )
          DEFENDANT.           )
```

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, states as follows:

The parties have conferred regarding settlement. Settlement was not achieved at this time. Pending motions will have a great effect upon the case. Upon resolution of these motions, parties will continue to negotiate. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 26th day of October, 2007.

                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Hanes.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney