UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.                                    CIVIL ACTION 2:06cv997- MEF

FIFTY FIVE THOUSAND FIVE
HUNDRED TWENTY SIX ($55,526)
DOLLARS IN UNITED STATES
CURRENCY,

    DEFENDANT.

## CLAIMANT HAROLD BEACHEMS RESPONSE TO THE

## UNITED STATES MOTION FOR SUMMARY JUDGMENT

The Claimant opposes the Motion for Summary Judgment on the following grounds.

1. Harold Beachem is the defendant in a criminal case in the Circuit Court of Chilton County, Alabama, CC 2007-0014.

2. At the time of the taking of Beachem's deposition, the pending charge of felony possession of marijuana, was then unresolved. The criminal case is based on a warrantless search and seizure at defendant's residence wherein approximately 8 ounces of marijuana was seized. There is nothing about this seizure that is indicative of anything other than a felony possession based upon personal use and consumption.

Circuit Court of Chilton County on September 24, 2007. The question of the legality of the search and seizure was reserved at the time of the plea for appellate review. Sentencing is set on November 13, 2007.

4. Beachem has consistently maintained that while he personally consumed Marijuana at his personal residence, he did not traffic in any narcotics. While marijuana may have been present for his consumption, so were all of his other possessions normally used in living in a residence and going to work. These possessions also include his life savings which were kept in a lock-box at his home.

5. The Affidavit of Harold Beachem given on August 11, 2006 to the DEA is Reconfirmed in support of this response to Summary Judgment and is attached.

6. Relevant discovery in the Chilton County criminal prosecution is attached. The statement of the sheriff's narcotic officer, made a week after the cash seizure, shows no nexus between criminal possession the cash seizure. The other documents from the sheriff's office which incriminate Beachem in the criminal case, clearly show the Chilton County Task Force entered without a warrant at 19:50; the incident report indicates the first officer arrived at 20:00; and that even though the search was ostensibly done with consent during a "knock and

out, the permission to enter was given and the police in fact had entered Beachem's home.

## Conclusion

There is no objective evidence either that Beachem did anything other than consume marijuana for his personal use or that the cash he accumulated at home in a lock box was derived from anything but his legitimate hard work.

Respectfully submitted this 30 day of October, 2007.

On behalf of the Claimant, Harold R. Beachem

/s/ Thomas B. Hanes
PO Box 43851
Birmingham, AL 35243
Alabama Bar HAN005
Phone: 205- 213-1936, 271-9645
Fax: 205-271-9696
E-mail: tbh@dfy.com
tommyhanes@gmail.com

## Certificate of Service

I certify that on October 30, 2007, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system which will send notification of such filing to John Harmon, Assistant United States Attorney.

/s/Thomas B. Hanes
Attorney for the Claimant, Harold Beachem

UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

IN THE MATTER OF: )
)
$55,526.00, U.S. CURRENCY, ) ASSET IDENTIFICATION:
) 06-DEA-469275
) CASE NUMBER: KI-06-0047
)

### AFFIDAVIT OF HAROLD BEACHEM

My name is Henry Beachem. I am currently fifty-three (53) years old. I was raised in an impoverished community within the City of Birmingham, Alabama, often referred to as the "Rising Community". I was abandoned by my Mother who moved to Chicago when I was an infant and I was raised by my Grandmother in this community. Her sole source of support was the fact that she worked as a maid in the all white suburban households. Although my educational opportunity and circumstances were poor, I never was in trouble as a child and chose to work during my childhood to support myself.

One of the oldest baseball fields in the country was in my neighborhood: Rickwood Field, the traditional home of the Birmingham Barons and the Birmingham Black Barons. Until I was sixteen (16) years old, I worked concessions at Rickwood Field going through the stands selling Cokes and hotdogs. This was a period of time in the late sixties when many future Hall of Fame baseball players were in the minor leagues here (Rollie Fingers, Reggie Jackson, Vida "Blue Moon" Odom, "Catfish" Hunter, etc.). Attendance was generally good and I was able to support myself through hard work hustling concessions.

I last attended school in the eighth grade and dropped out of school when I was sixteen (16) years old.

W0204910.1 \ 11427-36091

Although I am not educationally astute, I get along well with people. At age sixteen (16) I began work at Birmingham Delivery and Sales as a delivery driver which required deliveries of hospital equipment around town. I worked there for approximately twenty (20) years. Soon after I began working, I married in 1972 and moved to the rural area of Chilton County Alabama. I have resided there ever since. My wife, Annie Pearl Childs, died of cancer in approximately 1988 and we had no children.

To the best of my recollection, I changed employment and became a delivery driver for AmeriSource in 1992. After years as an employee, my status was changed to that of being an independent contractor and in sometime after 2000 I cashed out my 401-K Account which was approximately $15,000 or $16,000. I did not know of any options and this money was issued to me and cashed out.

I have had several relationships since my wife died but I am not now married. I do have thirteen (13) year old son who resides with me. I have no obligation to pay child support, alimony nor do I support anyone except my son and myself.

I live modestly. For the last five (5) years I have resided on an acre parcel of property in the country on which there is located a double wide mobile home. The parcel of property is paid for and I have a monthly budget that requires me to pay approximately Three Hundred Dollars ($300.00) a month on my home, plus utilities and living expenses. I have no consumer debts. My primary vehicle is a 1992 Ford F-150 pickup truck which is paid for. I have two other older cars of no significant value, which are also paid for. My net paycheck is over Five Hundred Dollars ($500.00) per week and this is in excess of my required monthly payments.

I am not knowledgeable about banking and financial matters. I admit that I frequently go to

W0204910.1 \ 11427-00801

the loan to be repaid when he is able to repay it. I do not participate in friendly consistent take propositions. I will occasionally loan small sums of money to my friends for which I receive very nominal payments. In addition to not having any banking relationships, I simply do not know what to do with any cash I have but to keep it on me or at home. It is my recollection that three or four years ago that a friend, Natalie Wood, was staying with me for a period of time and discovered a plastic sack containing what few important papers I had as well as a sum of cash money. I do not know the amount of money, but she was worried that in the event of a fire it would be lost. She purchased a small safe from Wal-Mart which was advertised as being fire-proof. It was not heavy. It was easily moved and not particularly secure inasmuch as it could be opened with merely a key. It was more like a lockbox and it had a handle. The money that I had when this was purchased was put into the lockbox and occasionally I would put money into the box or take it out as the circumstances required. When the police came to my home on June 19, 2006, I was requested to open the lockbox which I gladly did. Inside, in no particular order, were my papers and U.S. Currency. I have been informed by the notice which has been sent to me that this sum of money was $55,000.00. This money had been accumulated over a number of years and I had no knowledge of the exact amount of money which was present. Again, I put the money in the lockbox as a matter of convenience and without any knowledge of any other alternative ways to handle my money. From what I have learned in life and from what I knew, it was a reasonable thing to keep your money in a reasonably protected lockbox in your room.

I respectfully request that the money which I had accumulated over a lifetime, and which

*[signature]* *[signature] 10/30/07*
Harold Beachem
Petitioner

## VERIFICATION

STATE OF ALABAMA  )
                  )
JEFFERSON COUNTY  )

Before me, the undersigned authority, a notary public in and for said county in said state, personally appeared Harold Beachem, whose name is signed to the foregoing Affidavit, who, being first duly sworn, makes oath that he has read the foregoing, subscribed by him, and knows the contents thereof and that same are true of his own knowledge.

Subscribed and sworn to before me this the __11__ day of August, 2006.

30th day of August, 2007

*[signature]*

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 26, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

*[signature]*
Notary Public

11/4/08
My Commission Expires

*[signature]*
Thomas B. Hanes (HAN005)
Attorney for Petitioner

W0204910.1 \ 11427-86001

# CHILTON COUNTY TASK FORCE
## NARCOTICS DIVISION

DATE: 6/7/2006     ADDRESS: 2194 CO. RD. 153 JEMISON AL 35085

TIME ENTERED: 19:50     TIME OF EXIT: 0:20

**OFFICERS PRESENT**

| | | |
|---|---|---|
| | DONALD GILES | BRIAN STILWELL |
| | STEVE TATE | JAMES HENDERSON |
| ROCKY MIMS | RANDALL BICE | LEE FAULKNER |
| SHANE LOCKHART | WESTLEY RAGER | |
| MARC MCMINN | BILLY FULMER | |

**PERSONS PRESENT**

| | | |
|---|---|---|
| | ALFONZA WORTHEY | |
| | STARSHA WORTHY | |
| HAROLD BEACHAM | DIANA MARTIN | |
| RICKY ROBINSON | RICHARD MARTIN | |
| CHRISTY ROBINSON | | |

| DESCRIPTION | LOCATION | OFFICER |
|---|---|---|
| 1) DIGITAL SCALES | MASTER BATHROOM | LOCKHART |
| 2) TWO BOTTLES LORTABS | MASTER BATHROOM | LOCKHART |
| 3) SKS RIFLE | MASTER BEDROOM CLOSET | LOCKHART |
| 4) MARLIN 30/30 RIFLE | MASTER BEDROOM CLOSET | LOCKHART |
| 5) MOSSBURG 12 GA SHOT GUN | MASTER BEDROOM CLOSET | LOCKHART |
| 6) ONE PACK PIPE SCREENS | MASTER BEDROOM CLOSET | LOCKHART |
| 7) BAG WITH MARIJUANA RESIDUE | MASTER BEDROOM CLOSET | LOCKHART |
| 8) ONE SKS MAGAZINE WITH AMMO | MASTER BEDROOM DRESSER | LOCKHART |
| 9) ONE LARGE BAG MARIJUANA TWO SMALL BAGS MARIJUANA | MASTER BEDROOM BEHIND CHAIR | MCMINN |
| 10) ONE PIPE | MASTER BEDROOM JEWELRY BOX | MCMINN |
| 11) EMPTY BAGGIES | MASTER BEDROOM JEWELRY BOX | MCMINN |
| 12) MARIJUANA ROACHES AND STEMS ROLLING PAPPERS | DEN | LOCKHART |
| 13) ROLLED MARIJUANA, VISINE ROLLING PAPPERS | DEN | MCMINN |
| 14) LOOSE MARIJUANA | DEN | MCMINN |
| 15) WATER BONG GREEN PLASTIC | BEDROOM #1 NIGHT STAND | LOCKHART |
| 16) THREE MARIJUANA CIGARETTES | BEDROOM #1 NIGHT STAND | MCMINN |
| 17) GLASS PIPE | BEDROOM #1 BEHIND TV | LOCKHART |
| 18) $366.00 US CURRENCY | BEDROOM #1 NIGHTSTAND | LOCKHART |
| 19) BAG CONTAINING 9MM AMMO | BEDROOM #1 | LOCKHART |
| 20) $55,150.00 US CURRENCY | BEDROOM #1 BESIDE BED IN BOX | MCMINN |
| 21) 12 GA SHOTGUN SHELLS | MASTER BEDROOM | MCMINN |

CASE AGENT: [signed] Rocky Mims     DATE: 06-07-06

JUDGE: N/A     DATE:

DISCOVERY

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

 COPY

| Field | Value |
|---|---|
| 1. ☐ Incident ☒ Offense ☐ Supplement | |
| 2. Case # | 20060019610 |
| 4. ORI # | 01410000 |
| 5. Date and Time of this Report | 060706 20:00 PM |
| 6. Agency Name | Chilton County Sheriff Dept |
| 8. Reported by | Sgt. Steve Tate |
| 9. Address | 500 2nd Ave. North Clanton AL 35045 |
| 10. Phone | (205) 755-4698 |
| 12. Victim (Last, First, Middle Name) | State of Alabama |
| 13. Address | Same as block #9 |
| 14. Phone | (205) 755-2511 |
| 17. Address | Same as block #9 |
| 18. Phone | (205) 755-1120 |
| 30. Type Incident or Offense (FEL) | Unlawful Possession of Marihuana |
| 31. Degree | 1 |
| 33. State/Local Ordinance | 13A-12-213 |
| 34. Type Incident or Offense (MISD) | Unlawful Possession of Drug Par |
| 37. State/Local Ordinance | 13A-12-260 |
| 38. Place of Occurrence | 2194 C/R 153 Jemison AL 35085 |
| 39. Sector | North |
| 44. Occurred on or between | 060706 |
| 45. Time | 20:00 PM |
| 46. Day | T |
| 47. Lighting | Art. Int |
| 48. Weather | Clear |
| 49. Premise | Residence |

## Property Description

| 60. Qty | 61. Description | 62. Dollar Value Stolen | 63. Recovered Date | Value |
|---|---|---|---|---|
| 1 | Bag w/ approximately 9 oz. of marihuana | | 060706 | 1,260 |
| 1 | Set of digital scales | | 060706 | 1 |

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV 7-04

INCHES  1  2  3  4  5  6

ORIGINAL (pw)

# PERMISSION TO SEARCH

I, Harold Lee Beachem, have been informed by SGT-Steve Tate and ~

who made proper identification as (an) authorized law enforcement officer(s) of the Chilton County Sheriff Dept of my CONSTITUTIONAL RIGHT not to have a search made of the premises and property owned by me and/or under my care, custody and control, without a search warrant.

Knowing of my lawful right to refuse to consent to such a search, I willingly give my permission to the above named officer(s) to conduct a complete search of the premises and property, including all buildings and vehicles, both inside and outside of the property located at 2194 Co Rd 153 Jemison Al 35085

The above said officer(s) further have my permission to take from my premises and property, any letters, papers, materials or any other property or things which they desire as evidence for criminal prosecution in the case or cases under investigation.

This written permission to search without a search warrant is given by me to the above officer(s) voluntarily and without any threats or promises of any kind, at 20:00 .M.T on this 7th day of June 2006, at _____.

Signed: [signature]

Witness: Rodoll Bird      Witness: [signature]
Address: _____       Address: _____
Phone (H)_____ (B)_____  Phone (H)_____ (B)_____

DISCOVERY

KINTRAY PRINTERS - 755-0355

# Chilton County Sheriff's Department
## Adult Rights Waiver Form

Location: 2194 County road 153 Jemison, Al 35085

Date: 06-07-2006   Time: 2131

Before you are asked any questions, you must understand your rights.

1. You have the right to remain silent.

2. Anything you say can be used against you in court or other proceedings.

3. You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

4. If you cannot afford a lawyer, one will be appointed without cost to you before any questioning if you wish.

5. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time you wish.

## Waiver of Rights

I have been advised of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Name: HAROLD BEACHEM

Signature: [signed]

Witness: [signed] CCJF

Witness: _____

Education: 8th

Read ✓   Write ✓
Understand English ✓

DISCOVERY