IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Affidavit (Doc. #19) filed on November 6, 2007, it is hereby

ORDERED that the claimant file a response on or before November 16, 2007 as to why the motion should not be granted.

DONE this the 7th day of November, 2007.

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE