IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.                                            CIVIL ACTION 2:06cv997- MEF

FIFTY FIVE THOUSAND FIVE
HUNDRED TWENTY SIX ($55,526)
DOLLARS IN UNITED STATES
CURRENCY,

    DEFENDANT.

## CLAIMANT HAROLD BEACHEMS RESPONSE TO THE

## UNITED STATES MOTION TO STRIKE AFFIDAVIT

The Claimant opposes the Motion to Strike his affidavit submitted in his opposition to the Motion for Summary Judgment on the following grounds.

1.     Harold Beachem is the defendant in a criminal case in the Circuit Court of Chilton County, Alabama, CC 2007-0014. Beachem pled guilty to felony possession of marihuana. On November 13, 2007 he was sentenced to a term of imprisonment, which was suspended, and two years of probation. This sentence followed the voluntary sentencing guidelines in state court. Bechem reserved for appeal the issue of the unlawful search and seizure.

2.     At the time of the taking of Beachem's deposition, the pending charge of

no practical function in this forfeiture action. While Beachem admitted in open court that he possessed marijuana for his consumption, he has consistently denied that this cash is related to drugs. Beachem responded at length to the DEA administrative procedure, always admitting possession, but denying that the cash was obtained through drug dealing and explaining how he accumulated this cash lawfully over a number of years. Beachem maintained this position in the Chilton County prosecution and throughout this forfeiture action.

3. Beachem pled guilty to felony possession, but the facts surrounding the origins and possession of the cash money have yet to be adjudicated.

## Conclusion

Beachem does not wish to use his Fifth Amendment privilege as a sword; rather, it is the government using the deposition as a device to resolve this forfeiture on procedural grounds and not on the merits.

Respectfully submitted this 19 day of November, 2007.

On behalf of the Claimant, Harold R. Beachem

/s/ Thomas B. Hanes

Thomas B. Hanes
PO Box 43851
Birmingham, AL 35243
Alabama Bar HAN005
Phone: 205- 213-1936, 271-9645
Fax: 205-271-9696
E-mail: tbh@dfy.com
      tommyhanes@gmail.com

Certificate of Service

I certify that on November 19, 2007, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system which will send notification of such filing to John Harmon, Assistant United States Attorney.

/s/Thomas B. Hanes
Attorney for the Claimant, Harold Beachem