IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| 55, 526 DOLLARS U.S. CURRENCY, ) | |
| ) | |
| Defendants, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __HAROLD R. BEACHEM__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/15/2007
Date

/S/ Thomas B. Hanes
(Signature)

Thomas B. Hanes
(Counsel's Name)

Claimant, Harold R. Beachem
Counsel for (print names of all parties)
PO BOX 43851
BIRMINGHAM, AL 35243
Address, City, State Zip Code
205-213-1936
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, THOMAS B HANES, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTONIC MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15 day of DECEMBER 20 07, to:

JOHN HARMON, ASSISTANT UNITED STATES ATTORNEY, MIDDLE DISTRICT OF ALABAMA

12/15/2007
Date

/S/ THOMAS B. HANES
Signature