IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FIFTY FIVE THOUSAND FIVE )<br>HUNDRED TWENTY SIX ($55,526) )<br>DOLLARS IN UNITED STATES )<br>CURRENCY, ) | CASE NO. 2:06-cv-997-MEF |

**O R D E R**

It is hereby ORDERED that a revised proposed pretrial order, including any changes to contentions or stipulations, shall be submitted to the Court by no later than 5:00 p.m. on January 8, 2008. It is further ORDERED that counsel for Plaintiff shall submit the revised proposed pretrial order by e:mail sent to *propord_fuller@almd.uscourts.gov* in Word or WordPerfect format.

DONE this 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE