IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )| |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the non-jury trial set for February 4, 2008 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before February 12, 2008.

DONE this the 22nd day of January, 2008.

                                  /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE