```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
           PLAINTIFF,            )
                                )
      v.                        )   CIVIL ACTION NO. 2:06cv997-MEF
                                )
FIFTY FIVE THOUSAND FIVE        )
HUNDRED TWENTY SIX ($55,526)    )
DOLLARS IN UNITED STATES        )
CURRENCY,                       )
                                )
           DEFENDANT.            )
```

## MOTION FOR DECREE OF FORFEITURE

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Stipulation for Compromise Settlement between the United States and Claimant Harold Beachem.  The Stipulation for Compromise Settlement is attached hereto and incorporated herein.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 25th day of January, 2008.

```
                         FOR THE UNITED STATES ATTORNEY
                               LEURA G. CANARY



                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         131 Clayton Street
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing Motion for Decree of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Thomas B. Hanes.**

```
                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Claimant Harold Beachem (Claimant) by and through their respective attorney, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Claimant consents to the entry of a Decree of Forfeiture forfeiting Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States Currency to the United States to be disposed of according to law.

3. The United States agrees to release Twenty-Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency to Claimant's attorney, Thomas B. Hanes.

4. Claimant releases the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimant, Claimant's heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant currency. The Claimant expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States, including but not limited to Title 28, United States Code, Section 2412. The Claimant also agrees that this express waiver in no way limits the scope and application of the general waiver above.

5. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement neither party admits wrongdoing or liability on any basis.

6. Each party will bear its own costs.

```
                              FOR THE UNITED STATES ATTORNEY
                                   LEURA G. CANARY
```

Date: 1-23-08

JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 1-21-2008

THOMAS B. HANES
Attorney for Claimant Harold Beachem

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov

For Claimant:

Thomas B. Hanes
Post Office Box 43851
Birmingham, Alabama 35243
Telephone: (205) 213-1936
E-mail: Tommyhanes@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

DECREE OF FORFEITURE

On November 2, 2006, a Verified Complaint for Forfeiture In Rem against the Defendant Fifty Five Thousand Five Hundred Twenty Six ($55,526) Dollars in United States Currency was filed on behalf of the United States of America (United States). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.; therefore, the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant and Summons for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on

February 1, 2007;

That on February 8, 15 and 22, 2007, notice of the action was published in the <u>Montgomery Advertiser</u> newspaper;

That on February 13, 2007, Arthur J. Hanes, Jr., a partner at the Dominick, Fletcher, Yeilding, Wood & Lloyd law firm, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Warrant and Summons for Arrest <u>In</u> <u>Rem</u>;

That on February 6, 2007, Diana Martin, Harold Beachem's girlfriend, accepted service on behalf of Harold Beachem, and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Warrant and Summons for Arrest <u>In</u> <u>Rem</u>;

That on February 23, 2007, Harold Beachem filed a Verified Claim of Interest as to the Defendant currency, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

That on January 23, 2008, the United States and Claimant Harold Beachem entered into a Stipulation for Compromise in which Claimant consented to entry of a Decree of Forfeiture forfeiting Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency to the United States to be disposed of according to law.  The United States agreed to release Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency to Claimant's attorney: Thomas B. Hanes.

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

That the United States Marshals Service release Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency to Claimant's attorney, Thomas B. Hanes;

That Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency is forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party and it shall be disposed of according to law; and,

That each party will bear its own costs.

DONE this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE