IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv997-MEF |
| | ) |
| FIFTY FIVE THOUSAND FIVE | ) |
| HUNDRED TWENTY SIX ($55,526) | ) |
| DOLLARS IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and Harold Beachem (Claimant) by and through their respective attorney, and hereby state as follows:

1. The parties respectfully move the Court to dismiss this case with prejudice.

2. As grounds, the parties would show that all issues in this case have been resolved in accordance with the attached Stipulation for Compromise Settlement.

3. All parties will bear their own costs.

4. A proposed Order is attached.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Stipulation of Dismissal.

```
                              FOR THE UNITED STATES ATTORNEY
                                   LEURA G. CANARY




Date: 01/28/08              /s/John T. Harmon
                            JOHN T. HARMON
                            Assistant United States Attorney
                            Attorney for Plaintiff
                            United States of America




Date: 01/28/08              /s/Thomas B. Hanes
                            THOMAS B. HANES
                            Attorney for Claimant Harold Beachem
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560


For Claimant:

Post Office Box 43851
Birmingham, Alabama 35243
Telephone: (205) 213-1936
E-mail: Tommyhanes@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Claimant Harold Beachem (Claimant) by and through their respective attorney, as follows:

1.   The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2.   Claimant consents to the entry of a Decree of Forfeiture forfeiting Twenty Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States Currency to the United States to be disposed of according to law.

3.   The United States agrees to release Twenty-Seven Thousand Seven Hundred Sixty Three ($27,763) Dollars in United States currency to Claimant's attorney, Thomas B. Hanes.

4. Claimant releases the United States; the State of Alabama; and all entities and authorities established within the State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimant, Claimant's heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant currency. The Claimant expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States, including but not limited to Title 28, United States Code, Section 2412. The Claimant also agrees that this express waiver in no way limits the scope and application of the general waiver above.

5. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement neither party admits wrongdoing or liability on any basis.

6. Each party will bear its own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: 1-23-08

_____
JOHN T. HARMON
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Date: 1-21-2008

_____
THOMAS B. HANES
Attorney for Claimant Harold Beachem

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov


For Claimant:

Thomas B. Hanes
Post Office Box 43851
Birmingham, Alabama 35243
Telephone: (205) 213-1936
E-mail: Tommyhanes@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv997-MEF |
| ) | |
| FIFTY FIVE THOUSAND FIVE ) | |
| HUNDRED TWENTY SIX ($55,526) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE